960 A.2d 426

RITTENHOUSE PLAZA, INC.

v.

Joan LICHTMAN

v.

Marvin Levin, C.P.A., Mary Duden, Stanton Oswald, Esquire, William Lederer, E. Gerald Riesenbach, Esquire, Jon Sirlin, Esquire, Dana Plon, Esquire and Peter Lesser, Esquire

Petition of Joan Lichtman.

No. 122 EM 2008.

Supreme Court of Pennsylvania.

Nov. 5, 2008.

## ORDER

PER CURIAM.

AND NOW, this 5th day of November, 2008, the Petition for Leave to File Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.